JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUPRIYA PRASAD
Assistant United States Attorneys
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
supriya.prasad@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA KENNETH ESHE,<br><br>    Defendant. | CRIMINAL INFORMATION<br><br>2:22-cr-00128-GMN-NJK<br><br>VIOLATION:<br><br>*Receipt of Child Pornography,*<br>18 U.S.C. §§ 2252A(a)(2) and (b)(1) |

THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:

<u>COUNT ONE</u>
Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2) and (b)(1))

Beginning on a date unknown and continuing up to and including on or about March 14, 2022, in the State and Federal District of Nevada,

JOSHUA KENNETH ESHE,

defendant herein knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, that had been

mailed, shipped and transported in and affecting interstate and foreign commerce by a means that included by computer, and that had been shipped and transported using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## FORFEITURE ALLEGATION
### Receipt of Child Pornography

1. The allegations contained in Count One of this Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 2253(a)(1) and 2253(a)(3).

2. Upon conviction of the felony offense charged in Count One of this Criminal Information,

JOSHUA KENNETH ESHE,

defendant herein, shall forfeit to the United States of America, any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(2):

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(2) or any property traceable to such property:

    1. One LG G8 ThinQ GSM LM-G820UM cell phone with unknown serial number.

All under 18 U.S.C. § 2252A(a)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3).

DATED: this 20th day of June, 2023.

JASON FRIERSON
United States Attorney

_____
SUPRIYA PRASAD
Assistant United States Attorney