

_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

OCT 2 7 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-128-GMN-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JOSHUA KENNETH ESHE, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Joshua Kenneth Eshe to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Joshua Kenneth Eshe pled guilty. Criminal Information, ECF No. 34; Plea Agreement, ECF No. 36; Preliminary Order of Forfeiture, ECF No. 37; Arraignment & Plea, ECF No. 38.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 29, 2023, through July 28, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 41-1, p. 5.

1    This Court finds no petition was filed herein by or on behalf of any person or entity

2    and the time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending regarding the property named herein and

4    the time has expired for presenting such petitions.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

6    all possessory rights, ownership rights, and all rights, titles, and interests in the property

7    hereinafter described are condemned, forfeited, and vested in the United States under Fed.

8    R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1)

9    and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

10        1.  One LG G8 ThinQ GSM LM-G820UM cell phone with unknown serial

11            number

12   (all of which constitutes property).

13   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R.

14   Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all

15   rights, titles, and interests in the property are extinguished and are not recognized for Joshua

16   Kenneth Eshe and all third parties.

17   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property

18   shall be disposed of according to law.

19   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

20   copies of this Order to all counsel of record.

21   DATED ____October 27____, 2023.

22

23

24   _____
     GLORIA M. NAVARRO
     UNITED STATES DISTRICT JUDGE
25

26

27

28

2